IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICARDO S. TOVAR, JR. and<br>ELIZABETH TOVAR,<br><br>    Plaintiffs,<br><br>VS.<br><br>ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION; DEANNA RAY,<br>Individually, as Substitute Trustee c/o<br>BARRETT, DAFFIN, FRAPPIER, TURNER<br>& ENGEL, LLP,<br><br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-18-CA-0343-FB |

## JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Consistent with the Order Granting Motion for Summary Judgment filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant RoundPoint Mortgage Servicing Corporation's Motion for Summary Judgment (docket #12) is GRANTED such that plaintiff's claims and this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of January, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE